MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DANIEL R. KALEBA  (CABN 223789)          *E-FILED - 1/9/13*
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail:  daniel.kaleba@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos.   CR 12-00465 DLJ |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS APPEARANCE AND EXCLUDE TIME FROM JANUARY 10, 2013 TO FEBRUARY 7, 2013 |
| v. | |
| MUHAMMAD OUSSAMA SAFADI, and SCOTT GHAIS SAFADI, | |
| Defendants. | |

    Muhammad Safadi and Scott Safadi are scheduled to appear before this Court on Thursday, January 10, 2013 for a further status.  The parties jointly request additional time from the Court to allow the defense to review discovery, and to further meet and confer concerning discovery and case management.  The parties request to appear before this Court on February 7, 2013 at 9:00 a.m. for a further status.  The parties also jointly request that time be excluded under the Speedy Trial Act for adequate preparation and continuity of counsel. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

//

//

STIPULATION

Dated: January 9, 2013                    Respectfully submitted,

                                                MELINDA HAAG
                                                United States Attorney

                                                          /s/
                                                DANIEL R. KALEBA
                                                Assistant United States Attorney

Dated: January 9, 2013                              /s/
                                                PAUL MELTZER
                                                Attorney for Scott Safadi

Dated: January 9, 2013                              /s/
                                                KENNETH ROBINSON
                                                Attorney for Muhammad Safadi

     Based upon the representation of counsel and for good cause shown, the Court grants the requested continuance and finds that failing to exclude the time between January 10, 2013 and February 7, 2013 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between January 10, 2013 and February 7, 2013 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between January 10, 2013 and February 7, 2013 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: 1/9/13

                                                HON. D. LOWELL JENSEN
                                                United States District Judge