1  Jules F. Bonjour, State Bar No. 38980
   BONJOUR, THORMAN, BARAY & BILLINGSLEY
2  24301 Southland Dr., Ste 312
   Hayward, Ca. 94545
3  Telephone:  (510) 785-8400
   Facsimile:   (510) 670-0955
4  jules@btbandb.com

5  Attorneys for Defendant Raquel Ramirez

           IN THE UNITED STATES DISTRICT COURT

           FOR THE NORTHERN DISTRICT OF CALIFORNIA

                      SAN JOSE DIVISION

UNITED STATES OF AMERICA,                No. CR 12-00465 DLJ

              Plaintiff,                 STIPULATION AND [PROPOSED]
                                         ORDER TO CONTINUE STATUS
                                         HEARING FROM FEBRUARY 7, 2013 TO
v.                                       MARCH 21, 2013

RAQUEL RAMIREZ, et. al.,                 Date:  February 7, 2013
                                         Time: 9:00 a.m.
              Defendants.                Court: Hon. D. Lowell Jensen
_____/

   The defendant's are scheduled to appear before this Court on February 7, 2013 at 9:00

a.m. for status hearing. The defendants request the continuance to give them more time to

effectively prepare their case. AUSA Dan Kaleba joins in the request.

   The AUSA and the parties jointly request to appear before this Court on March 21, 2013

at 9:00 a.m. for a further status hearing. The parties also jointly request that time be excluded

Stipulation and Proposed Order to Continue
CR-12-00465 DLJ

1

under the Speedy Trial Act for adequate preparation and continuity of counsel. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED.

Dated: January 4, 2013                    Respectfully submitted,


                                          _____/S/_____
                                          Jules F. Bonjour
                                          Attorney for Raquel Ramirez


Dated: January 4, 2013                    _____/S/_____
                                          Kenneth W. Robinson
                                          Attorney for Muhammad O. Safadi


Dated: January 4, 2013                    _____/S/_____
                                          Paul B. Meltzer
                                          Attorney for Scott G. Safadi


Dated: January 4, 2013                    _____/S/_____
                                          Daniel R. Kaleba
                                          Assistant United States Attorney


Based upon the representation of counsel and for good case shown, the Court grants the requested continuance and finds that failing to exclude the time between February 7, 2013 and March 21, 2013 would unreasonably deny the defendants continuity of counsel and would deny counsel the reasonable and time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between February 7, 2013 and March 21, 2013 from

Stipulation and ~~Proposed~~ Order to Continue
CR-12-00465 DLJ

computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a Speedy trial. Therefore, IT IS HEREBY ORDERED that the time between February 7, 2013 and March 21, 2013 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: _____

_____
HON. D. LOWELL JENSEN
United States District Judge

Stipulation and ~~Proposed~~ Order to Continue
CR-12-00465 DLJ

3