BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    Jeffrey.b.schenk@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-12-00465-EJD |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| MUHAMMAD OUSSAMA SAFADI, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment as to this defendant without prejudice.

DATED: 2/3/2016                                               Respectfully submitted,

                                                                                BRIAN J. STRETCH
                                                                                Acting United States Attorney

                                                                                /s/

                                                                                DAVID R. CALLAWAY
                                                                                Chief, Criminal Division

NOTICE OF DISMISSAL (CR-12-00465-EJD)

1   Leave is granted to the government to dismiss the indictment as to this defendant.

4   Date: 2/3/2016

                                                 EDWARD J. DAVILA
                                                 United States District Judge

NOTICE OF DISMISSAL (CR-12-00465-EJD)